**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:25-cr-00060 |
| | ) | |
| v. | ) | District Judge Curtis L. Collier |
| | ) | |
| MAURICE CRUMSEY | ) | Magistrate Judge Christopher H. Steger |

**O R D E R**

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 43] recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea to a lesser-included offense of Count One, as well as Count Two of the two-count Indictment; (2) accept Defendant's guilty plea to a lesser-included offense of Count One, as well as Count Two of the two-count Indictment; (3) adjudicate Defendant guilty of a lesser-included offense of Count One: possession with intent to distribute fentanyl in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); (4) adjudicate Defendant guilty of Count Two: possession of a firearm in furtherance of a drug trafficking offense in violation of 18 U.S.C. § 924(c)(1)(A)(i); and (4) order that Defendant remain in custody pending sentencing or further order of this Court.

Neither party filed a timely objection to the Report and Recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 43] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea to a lesser-included offense of Count One, as well as Count Two, of the two-count Indictment is **GRANTED**;
2. Defendant's plea of guilty to a lesser-included offense of Count One, as well as Count Two, of the two-count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of a lesser-included offense of Count One: possession with intent to distribute fentanyl in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C);
4. Defendant is hereby **ADJUDGED** guilty of Count Two: possession of a firearm in furtherance of a drug trafficking offense in violation of 18 U.S.C. § 924(c)(1)(A)(i);
5. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and
6. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place before the undersigned on **January 20, 2027, at 2:00 p.m**.

**SO ORDERED.**

**ENTER:**

**/s/**______________________________
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**